Clinton Snook, Respondent, v. Ida L. French, Appellant, Impleaded with Mansfield J. French and Others.— Judgment affirmed, with costs. All concurred.

In the Matter of the Petition of William Smith, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 26,152, Issued to Stephen R. Ryan, Appellant.— Order affirmed, with costs. All concurred.

Harvey C. Rice, Respondent, v. Town of Adams, Appellant.— Motion for reargument denied, with ten dollars costs, Motion for leave to appeal to Court of Appeals denied.

Harold E. Raymond, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Arthur Worden, Respondent, v. Clarence D. Bentley, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant, within twenty days, files and serves printed papers on appeal, as provided by rule 41,* and pays respondent's attorney ten dollars costs of this motion, in which event the motion is denied.

Gilbert M. Vandevoort, as, etc., Respondent, v. Lincoln A. Mink, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

Charles Hagadorn, Appellant, v. Miles M. McNair and Another, Respondents. — Motion to amend remittitur denied, with ten dollars costs.

Edwin R. Mink, as, etc., Appellant, v. Fred L. Mink, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

Celina A. Green, as, etc., Respondent, v. Utica and Mohawk Valley Railway Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Board of Health of the Village of Friendship, Respondent, v. George W. Friez, Appellant.— Motion for leave to appeal to Court of Appeals granted and question to be reviewed certified to that court.

David Winchell, Respondent, v. Town of Camillus, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Appointment of a Board of Examiners to Examine into the Operation of the Jury System of the County of Erie, Created by Chapter 369 of the Laws of 1895.— Report of examining board received, approved, filed and a certified copy therefor ordered transmitted to the commissioner of jurors for the county of Erie.

Alice Wilcox, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

---

## THIRD DEPARTMENT, JANUARY, 1906.

Thomas H. Appleby and Ruby A. Appleby, Respondents, v. Chester L. Dalrymple, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Watson B. Berry, Respondent, v. David A. French, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion.

Jerden Bronk, Respondent, v. The Binghamton Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Parker, P. J., dissenting.

The Century Mercantile Company, Appellant, v. Matthew A. Heeran, Late Sheriff of the County of Rensselaer, Respondent. (Action No. 1.)— Interlocutory judgment affirmed, with costs, with usual leave to amend on payment of costs. No opinion. All concurred.

Elizabeth Cook and Others, Respondents, v. Addison C. Griswold, Individually and as Executor, etc., of Susan Daglish, Deceased, and Others, Appellants.— Judgment affirmed, without costs. No opinion. All concurred, except Chase, J., not voting.

---

* General Rules of Practice.— [REP.